UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-CR-00098 |
| | : | |
| v. | : | (JUDGE MARIANI) |
| | : | |
| MATTHEW S. PLEISSE, | : | (Electronically Filed) |
| Defendant. | : | |

**MOTION TO WITHDRAW PLEA**

NOW, this 19th day of October 2026, MATTHEW S. PLEISSE, defendant in the above captioned matter, after consultation and assistance of his counsel, moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of GUILTY to Count 8 of the Indictment.

MATTHEW S. PLEISSE

**O R D E R**

NOW, this 19th day of October 2026, the foregoing Motion to Withdraw Plea is granted.

ROBERT D. MARIANI
United States District Judge

**P L E A**

NOW, this 19th day of October 2026, MATTHEW S. PLEISSE, withdraws his plea of not guilty and pleads guilty to Count 8 of the Indictment in the above captioned matter.

MATTHEW S. PLEISSE